

ORIGINAL

FILED

06/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0616

FILED

JUN 03 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CHERYL HOLDEN RICE,

Plaintiff and Appellant,

v.

JOHN KEELEY and JOAN KEELEY,

Defendants and Appellees.

ORDER

Before this Court is self-represented Appellant Cheryl Holden Rice (Cheryl) and her "Response and Objection to Motion to Enforce Settlement Agreement (Opposed)" where she requests clarification and objects to the December 2019 appellate mediation. No response to this motion has been filed.

By way of background, on January 21, 2020, upon an unopposed motion, this Court stayed this appeal pending the specific performance of the parties' settlement agreement following mandatory appellate mediation.

Cheryl now requests that this Court consider other facts, statements, and photographic evidence in her renewed motion for clarification. As this Court pointed out in last month's Order, "any question of Cheryl's performance under the settlement agreement should be before the Ravalli County District Court." *Rice v. Keeley*, No. DA 19-0616, Order, at 2 (Mont. May 1, 2020). While this Court has jurisdiction of this pending and stayed appeal, this Court does not have jurisdiction of any new issues or factual disclosures. Our role as an appellate court is to review the record and final judgment on appeal. M. R. App. P. 4(1) and 8(1). Pursuant to the Montana Rules of Appellate Procedure as well as Montana Rules of Civil Procedure, there is no recognized motion for clarification. Cheryl's newly raised issues concerning the settlement agreement would be before the District Court. The parties' deadline for the next status report is June 30, 2020. Therefore, without reaching the merits,

IT IS ORDERED that Cheryl's "Response and Objection to Motion to Enforce Settlement Agreement (Opposed)" is DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Cheryl Holden Rice personally.

DATED this 3rd day of June, 2020.

For the Court,

By _____
Acting Chief Justice

2